Larry R. EDWARDS, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 03–3253.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2004.

Larry R. Edwards, Tulsa, OK, pro se.

Michael D. Austin, Mark A. Melnick, David M. Cohen, Joyce G. Friedman, Merit Systems Protection Board, Washington, DC, for Respondent.

ON MOTION

*ORDER*

Upon consideration of petitioner's submission entitled "Terminate Proceeding", which we treat as a motion to dismiss his appeal pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT: